

Robert G. Scumaci, Esq. ı Partner
Direct Line: 716-314-6336
rscumaci@gmclaw.com

October 20, 2025

<u>*VIA* CM/ECF</u>
Hon. Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

    Re:    <u>Porada v. Diocese of Buffalo, et al.</u>
              <u>Civil Action No. 19-cv-01147</u>

Dear Judge Wolford:

    This correspondence is meant to serve as the required update per the Court's Text Order of April 22, 2025, Doc. #33.

    The Diocese and Official Committee of Unsecured Creditors filed the Joint Chapter 11 Plan of Reorganization on October 1, 2025 after reaching a proposed settlement that included participation from the Diocese and several insurers. In the interim, settlement discussions continue between the Committee and several remaining insurers while the Plan moves through the approval process.  This case remains stayed.

    Thank you.

                                  Respectfully,

                                  /s/ Robert G. Scumaci

                                  Robert G. Scumaci
                        GIBSON, McASKILL & CROSBY, LLP
                               rscumaci@gmclaw.com

/kw

cc:  Michele M. Betti, Esq. (*via* CM/ECF)

Gibson, McAskill & Crosby, LLP
200 John James Audubon Pwky, Suite 105, Amherst, New York 14228
T: (716) 856-2080 F: (716) 856-4013 (*service not accepted*)
www.gmclaw.com